# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FRANKLIN D. HARRIS,
    Plaintiff

vs

ADVANCE AMERICA CASH
ADVANCE CENTERS, INC.,
    Defendant

Case No. 1:11-cv-179
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following a telephone status conference with the parties on the on outstanding discovery issues in this case.

Defendants are granted 30 days within which to provide plaintiff any outstanding documents or discovery in this matter.

This matter is scheduled for a status conference regarding discovery on June 13, 2012 at 10:00 a.m.

Revised discovery and dispositive motion deadlines shall be scheduled following the June 13, 2012 status conference.

**IT IS SO ORDERED.**

Date: 5/2/12

Karen L. Litkovitz
United States Magistrate Judge