# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| FRANKLIN D. HARRIS,<br>　　　Plaintiff | Case No. 1:11-cv-179<br>Dlott, J.<br>Litkovitz, M.J. |
| vs | |
| ADVANCE AMERICA CASH<br>ADVANCE CENTERS, INC.,<br>　　　Defendant | **ORDER** |

This matter is before the Court following a telephone status conference with the parties on the outstanding discovery issues in this case.

Plaintiff is granted until June 27, 2012, to file a motion to compel; defendant shall have 21 days to respond to the motion; and plaintiff shall have 14 days to file a reply.

Revised discovery and dispositive motion deadlines shall be scheduled after the motion to compel is resolved.

**IT IS SO ORDERED.**

Date: 6/13/12

　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge